IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Estate of Sherwood Neil Hawk, | ) | |
| Erin Hawk Boyer, Administratrix and | ) | |
| Individually, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | |
| | ) | |
| VAPHS, | ) | *(Electronically Filed)* |
| VA Pittsburgh Healthcare System, | ) | |
| VA Pittsburgh Medical Center (Oakland), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

1. Removal of this action is pursuant to 28 U.S.C. § 1442(a)(1).

2. On or about September 30, 2016, Plaintiff Erin Hawk Boyer filed a Complaint against Defendants VAPHS, VA Pittsburgh Healthcare System and VA Pittsburgh Medical Center (Oakland), in the Court of Common Pleas of Allegheny County, Pennsylvania, at Case Number GD-16-18533.

3. In the Complaint, Plaintiff Erin Hawk Boyer, Administratrix and Individually, alleges negligence against VAPHS, VA Pittsburgh Healthcare System and VA Pittsburgh Medical Center (Oakland) for the death of Sherwood Neil Hawk on September 25, 2014, following laparoscopic surgery to remove polyps from his colon on September 3, 2014.

4. No trial or proceeding has been commenced in said civil action.

5. A true and correct copy of all pleadings and process received by the United States Attorney's Office in said civil action are attached hereto and marked as Exhibit "A".

WHEREFORE, Defendants, VAPHS, VA Pittsburgh Healthcare System and VA Pittsburgh Medical Center (Oakland) remove this matter from the Court of Common Pleas of Allegheny County, Pennsylvania, at Case Number GD-16-18533, to the United States District Court for the Western District of Pennsylvania.

Dated:  November 1, 2016

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Western District of PA
U. S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7337
PA ID No. 56668

Counsel for Defendants
VAPHS, VA Pittsburgh Healthcare System
and VA Pittsburgh Medical Center (Oakland)