# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIN HAWK BOYER,

      Plaintiff,                  2:16-cv-01659

                                     **ELECTRONICALLY FILED**

      v.

VAPHS, ET AL.,

      Defendants.

|  |  |
|---|---|
| Hearing Type: | Telephonic Status Conference |
| Date: | November 14, 2016 |
| Before: | Judge Mark R. Hornak |

| Counsel for Plaintiff | Erin Hawk Boyer (Pro se) |
|---|---|
| Counsel for Defendant | Michael Colville |
| Court Reporter | Deborah Rowe |
| Law Clerk | Jacqueline Lash |
| Start time | 4:15 pm |
| End time | 4:27 pm |

**SUMMARY OF PROCEEDINGS:**

The Court held this telephonic status conference to discuss how the case will proceed. The case will be stayed and administratively closed until January 10, 2017. An appropriate Order will issue.